## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| DR REV KAMEL K ROY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   12-cv-1124 |
| ) | |
| JUNGLE DEMOCRACIES, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R  &  O P I N I O N

This matter is before the Court on the Motion to Proceed in forma pauperis (Doc. 2) filed by Plaintiff, Kamel K. Roy. The Motion to Proceed in forma pauperis is granted for the limited purpose of this order, and this matter is dismissed with prejudice.

Title 28 U.S.C. § 1915 allows a person to proceed without the prepayment of filings fees provided that an affidavit is submitted showing that the litigant is incapable of payment. The affidavit submitted with Plaintiff's Motion is illegible and contains little decipherable information as to Plaintiff's financial status. It appears that Plaintiff is receiving disability compensation benefits in addition to a pension.

In any event, § 1915(e)(2) further provides that notwithstanding the payment of any filing fee, the Court may dismiss an action if it is frivolous or fails to state a claim upon which relief may be granted. The Complaint is unintelligible and it is wholly unclear what Plaintiff complains of, against whom he wishes to proceed, why he has chosen this Court as the venue for his suit, or how a federal court would

have jurisdiction his claims. The Complaint therefore fails to state a claim upon which relief may be granted and must be dismissed. Additionally, Rule 8 of the Federal Rules of Civil Procedure requires that any complaint must contain a "short and plain statement of the claim showing that the pleader is entitled to relief." FED. R. CIV. P. 8(a)(2). "Each allegation must be simple, concise, and direct." FED. R. CIV. P. 8(d)(1). The Complaint in no way attempts to comply with Rule 8.[1]

IT IS THEREFORE ORDERED that Plaintiff's Motion to Proceed in forma pauperis (Doc. 2) is GRANTED for the limited purpose of this Order, and this matter is DISMISSED.

CASE TERMINATED.

Entered this 1st day of May, 2012.

>               s/ Joe B. McDade
>             JOE BILLY McDADE
>     United States Senior District Judge

---

[1] The Court notes that Plaintiff has filed six similarly unintelligible suits in this District alone, and that each of them has been dismissed as frivolous and as failing to state a claim. *See Roy v. All State Boards of Election et al.*, 07-cv-4047; *Roy v. Bush et al.*, 08-cv-4005; *Roy v. United States of America, et al.*, 08-cv-4041; *Roy v. Obama et al.*, 09-cv-4031; *Roy v. Obama et al.*, 10-cv-4069; *Roy v. Unnamed Defendants*, 10-cv-4079.